# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company, and THE WONDERFUL COMPANY LLC<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT G. HUBBARD d/b/a PUR BEVERAGES, PORTLAND BOTTLING COMPANY an Oregonian company, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV13-06917-RGK (JPRx)<br><br>[PROPOSED] FINAL JUDGMENT<br><br>Hon. R. Gary Klausner |

{2599404.3}

1  WHEREAS, on June 29, 2016, this court granted Plaintiffs and counter-
2  Defendants POM Wonderful LLC and The Wonderful Company's Motion for
3  Summary Judgment on its claims for trademark infringement against Defendant and
4  Counter-Complainant Rob Hubbard d/b/a PUR Beverages (the "Order");

5  WHEREAS, in the Order, the court found a likelihood of confusion between
6  Defendant Rob Hubbard's PUR pŏm beverage product and Plaintiffs' trademarks,
7  therefore finding the use of pŏm by Defendant Rob Hubbard constituted trademark
8  infringement;

9  WHEREAS, continued or resumed use of the pŏm mark by Defendant Rob
10 Hubbard constitutes trademark infringement pursuant to the Order;

11 WHEREAS, the Order summarily adjudicated all but two of Rob Hubbard's
12 counterclaims in favor of POM Wonderful LLC and The Wonderful Company. The
13 remaining two counterclaims were dismissed with prejudice.

14 **THEREFORE, IT IS ORDERED AND DECREED** that, pursuant to
15 Federal Rule of Civil Procedure 58, Defendant Rob Hubbard shall take nothing and
16 that judgment is hereby entered in favor of POM Wonderful LLC and The
17 Wonderful Company and against Rob Hubbard

18 **IT IS FURTHER ORDERED AND DECREED** that, pursuant to Federal
19 Rule of Civil Procedure 54(d)(1), POM Wonderful LLC and The Wonderful
20 Company Plaintiffs may recover their costs of suit taxed in this matter from
21 Defendant Rob Hubbard.

DATED: JUL 1 4 2016

_____
Hon. R. Gary Klausner
United States District Court Judge

{2599404.3}

1

[PROPOSED] FINAL JUDGMENT